JOSEPH A. LEPERA (SBN 207615)
PATRICK A. HORMILLOSA (SBN 293000)
LEPERA + ASSOCIATES, PC
601 Montgomery Street – Suite 665
San Francisco, California 94111
Telephone: (415) 362-2529
Facsimile: (415) 362-9022
Email: joseph@leperalaw.com
Email: patrick@leperalaw.com

JOSEPH S. MAY (SBN 245924)
LAW OFFICE OF JOSEPH S. MAY
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 781-3333
Facsimile: (415) 707-6600
Email: joseph@josephmaylaw.com

Attorneys for Plaintiff
KENNETH STEWART III

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENNETH STEWART III, a minor by and through his Guardian Ad Litem, Beatriz Abrego, individually and as successor in interest to KENNETH E. STEWART, JR., deceased;<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; SCOTT KERNAN; RONALD DAVIS; ERIC E. EVANS; JEFFREY M. CARLTON; APRIL D. MAXFIELD; JACK E. DOUGERY; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. C18-01778-RMI<br><br>[~~PROPOSED~~] **ORDER APPROVING SETTLEMENT**<br><br>Action Filed:   February 2, 2018<br>Removal:         March 22, 2018<br>Trial Date:       Vacated |

1

Plaintiff KENNETH STEWART III, a minor by and through his Guardian Ad Litem, Beatriz Abrego, individually and as successor in interest to KENNETH E. STEWART, JR., deceased ("Plaintiff") and Defendants STATE OF CALIFORNIA, SCOTT KERNAN, RONALD DAVIS, ERIC E. EVANS, JEFFREY M. CARLTON, APRIL D. MAXFIELD, and JACK E. DOUGERY ("Defendants") have reached a final settlement of this matter.

After consideration of Plaintiff's Motion to Approve Settlement, and the record as a whole, the Court finds that the proposed settlement for the benefit of Kenneth Stewart III, aka Kenneth Stewart, Jr., date of birth January 14, 2005, against defendants in the sum of $900,000 (a copy of the proposed Agreement is attached as Exhibit C to the Declaration of Joseph S. May filed in support of Plaintiff's motion), serves the best interests of the minor Plaintiff. Accordingly, the Court GRANTS the motion to approve the settlement. Pursuant to the Agreement, California Department of Corrections and Rehabilitation ("CDCR" or "Defendant") shall prepare and deliver drafts for the settlement proceeds in accordance with paragraph 3 of the Settlement Agreement and Release, payable as follows:

(a) One check for $186,926.75, made payable to Lepera + Associates, PC., mailed to Lepera + Associates, PC, 601 Montgomery Street, Suite 665, San Francisco, California 94111, representing $180,000 in attorneys' fees, and $6,926.75 in costs;

(b) One check for $181,806.41, made payable to Law Office of Joseph S. May, 1388 Sutter Street, Suite 810, San Francisco, California 94109, representing $180,000 in attorneys' fees and $1,806.41 in costs.

(c) One check for $4,000, made payable to Beatriz Abrego, c/o Lepera + Associates, PC, mailed to Lepera + Associates, PC, 601 Montgomery Street, Suite 665, San Francisco, California 94111, representing expenses incurred by Ms. Abrego, Plaintiff's guardian ad litem, at the direction of counsel, to open probate for Decedent in order to obtain prison, medical, and mental health records that were necessary to prosecute this action;

(d) A check in the amount $527,266.84 will be paid from Defendant to Mutual of Omaha Structured Settlement Company to fund an annuity for the benefit of Kenneth Stewart, III, aka Kenneth Stewart, Jr., through a policy issued by United of Omaha Life Insurance Company, rated A+

1  by AM Best, as further described below:

2      Periodic payments made to Kenneth Stewart, III aka Kenneth Stewart, Jr. ("Payee") made

3  according to the Schedule of Payments as follows (the "Periodic Payments"):

4          $249,387.99 lump sum payment on 01/14/2023 (age 18), guaranteed.

5          $150,000.00 lump sum payment on 01/14/2030 (age 25), guaranteed.

6          $201,119.61 lump sum payment on 01/14/2033 (age 28), guaranteed.

7  All the payments set forth herein constitute damages on account of personal physical injuries, arising

8  from an occurrence within the meaning of Section 104(a)(2) of the IRS Code of 1986, as amended.

**IT IS SO ORDERED.**

DATED: June 2, 2020

_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge